UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-61749-CIV-COHN/WHITE

DERRICK DEVON GRIFFIN,

    Plaintiff,

vs.

JUDGE LEVENSON, et. al.,

    Defendants.

_____/

### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court upon Petitioner Derrick Devon Griffin's Notice of Appeal [DE 13] ("Notice"). The Court construes the Notice as a Motion for Certificate of Appealability ("Motion"). The Court has carefully considered the Motion and is otherwise advised in the premises.

This Court adopted the Report and Recommendations of Magistrate Judge White and overruled Mr. Griffin's Objections. After considering the instant Motion for Certificate of Appealability, the Court denies such certification, as the Court concludes under Slack v. McDaniel, 529 U.S. 473, 484 (2000), that Movant has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." The Court notes that pursuant to Rule 22(b)(1), the Movant may now seek a certificate of appealability from the Eleventh Circuit.

Accordingly, it is **ORDERED AND ADJUDGED** that Movant's Notice of Appeal [DE 13] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 31st day of March, 2010.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Appeals Desk (Miami)

Counsel of record via CM/ECF